FILED
CHARLOTTE, NC
NOV 19 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA     DOCKET NO. 3:19-CR-347-MOC

v.

TAVARIUS DAVION MILLER

**ORDER TO SEAL**

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment in the above-numbered case and all subsequently filed documents be sealed;

AND IT APPEARING to the Court that the sealing of such documents would serve the interests of justice thereby;

NOW, THEREFORE, IT IS ORDERED that immediately upon the filing of the Bill of Indictment in the above-numbered case, the Bill of Indictment, the Motion to Seal, this Order, and all subsequently filed documents be sealed pending a further Order from this Court.

SO ORDERED this the 19th day of November, 2019.

_____
DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE